UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.

**FILED**

DEC 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STANLEY A. SLUPKOWSKI FMC 19289-083
*Petitioner*

THE UNITED STATES OF AMERICA
*Respondent(s)*

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

42:1983 AND 42:1997

07 2344

I, STANLEY A. SLUPKOWSKI 19289-083, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?  ☐ Yes  ☒ No
    b. Rent payments, interest or dividends?  ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments?  ☐ Yes  ☒ No
    d. Gifts or inheritances?  ☐ Yes  ☒ No
    e. Any other sources? VETERANS AFFAIRS SERVICE CONNECTED DISABILTIY  ☒ Yes  ☐ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: VETERANS AFFAIRS SERVICE CONNECTED DISABILITY AT 500.00 PER MONTH

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*  ☒ Yes  ☐ No

    If the answer is yes, state the total value of the items owned: OVER 30,000 IN BANK ACCOUNT BANK OF AMERICA

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)*  ☐ Yes  ☐ No

    If the answer is yes, describe the property and state its approximate value: _____

**RECEIVED**

DEC 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)
CV-27 (02/05)    PAGE 39 OF 41    Page 6 of 7

2

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

_____

_____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __25 DEC 2007__     _/s/ Stanley A. Slupkowski_____
              *Date*     STANLEY A. SLUPKOWSKI PRO SE:
                                                    *Signature of Petitioner*

```
THE PETITIONER IS NOT UNDER THE PRISON LITIGATION REFORM ACTS, BECAUSE
THE PETITIONER IS NOT A PRISONER, THE PETITIONER IS CIVILLY COMMITTED.
AND DOES NOT MEET THE REQUIREMENT OF PRISON VERIFICATION OF ACCOUNTS
```

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

_____

_____

_____

_____     _____
        *Date*         *Authorized Officer of Institution*

                                              _____
                                                  *Title of Officer*

1. PAGES 39 AND 40 ARE INFORMA PAUPERIS, AND ONLY INCLUDED ON ORIGINAL AND ONE COPY.

2. RELIEF REQUESTED (6) PAGES AND FIRST THREE PAGES OF THIS PETITION IS INCLUDED AS PART OF PLEADING FOR PROCEEDINGS IN EDNC CASE NO. 5:07-CT 3158-FL FOR PRESIDENTAL HEARING WITH STAFF AND OFFICERS FCC BUTNER NC.,.

CERTIFICATE OF SERVICE

| | |
|---|---|
| DISTRICT CLERK<br>U.S. DISTRICT COURT<br>DISTRICT OF COLUMBIA<br>333 CONSTITUTION AVENUE N.W.<br>NEW WASHINGTON 20001-2802 | CERTIFIED MAIL 7006 0100 0002 6508 6827<br>RETURN RECEIPT REQUESTED |
| DISTRICT CLERK<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF NC.,<br>WESTERN DIVISION 310 NEW BERN AVENUE<br>P.O. BOX 25670 RALEIGH NC., 27611 | FIRST CLASS MAIL<br>RETURN FILE COPY REQUESTED |

25 DEC 2007

/STANLEY A. SLUPKOWSKI PRO SE/

PAGE 41 OF 41